IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

v. : CRIMINAL NO. 14-522

**AILEEN GONG** :

## O R D E R

AND NOW, this 10th day of July, 2017, upon consideration of the Government's Motion to Dismiss the Indictment as to Defendant Aileen Gong, Without Prejudice, it is hereby

ORDERED

that Indictment No. 14-522 is dismissed as to Defendant Aileen Gong, without prejudice.

BY THE COURT:

/s/ Legrome D. Davis

HONORABLE LEGROME D. DAVIS
*Judge, United States District Court*